UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
**CHIRON WATKINS**,                                          :
                                                             :
                 Plaintiff,   :
                                                             :  **MEMORANDUM AND ORDER**
       – against –                     :  21-CV-4619 (AMD)
                                                             :
**COMMISSIONER OF SOCIAL SECURITY**,                         :
                                                             :
                 Defendant.   :
------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

      On August 12, 2021, the plaintiff, Chiron Watkins, filed this *pro se* action against the Commissioner of Social Security. (ECF No. 1.) On September 1, 2021, I granted the plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and dismissed the complaint with leave to amend within 30 days of the date of the Order. (ECF No. 3.) On September 30, 2021, the plaintiff filed a "Motion for Continuance." (ECF No. 4.) By Memorandum and Order dated October 14, 2021, I construed the motion as a motion for reconsideration of the Court's September 1, 2021 order, denied the motion and extended the time to file an amended complaint by 30 days from the date of the Order. (ECF No. 5.) I notified the plaintiff that if he failed to file an amended complaint within the time allowed or failed to show good cause why he could not do so, I would direct the Clerk of Court to enter judgment dismissing this case. (*Id.* at 5.) The plaintiff has failed to file an amended complaint, and the time for doing so has passed.

      Accordingly, for the reasons set forth in the Court's Memorandum and Order dated September 1, 2021, this action is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully directed to enter judgment and close this case.

**SO ORDERED.**

                                                s/Ann M. Donnelly
                                       ANN M. DONNELLY
                                       United States District Judge

Dated: Brooklyn, New York
        December 15, 2021